**Robert W. STEELEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49134.**

Missouri Court of Appeals,
Western District.

Aug. 23, 1994.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

*ORDER*

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Affirmed.   Rule 84.16(b).